[No. 42288-0-I.    Division One.    October 4, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-05366-4, John M. Darrah, J., entered
November 21, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 42792-0-I.    Division One.    October 4, 1999.]

CHANDRAMA MISHRA, *Appellant*, v. UNIVERSITY OF
WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-07999-5, Peter Jarvis, J., entered May 18,
1998. *Affirmed* by unpublished opinion per Appelwick, J.,
concurred in by Kennedy, C.J., and Webster, J.

[No. 43878-6-I.    Division One.    October 4, 1999.]

*In the Matter of the Marriage of* WANDA D.
GARTRELL-FARRIS, *Respondent*, and ALBERT E. HALL,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-3-03554-7, Donald D. Haley, J., entered
December 11, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 20094-5-II.    Division Two.    October 8, 1999.]

JERRY ALEXANDER, ET AL., *Appellants*, v. BEAVERBROOK
ESTATES HOME AND PROPERTY OWNERS ASSOCIATION, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Clark
County, No. 94-2-03860-9, Edwin L. Poyfair, J., entered
October 12, 1995. *Affirmed in part* and *reversed in part* by
unpublished opinion per Bridgewater, C.J., concurred in by
Morgan and Hunt, JJ.